IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUNTER JAMES UNFRED,<br><br>Defendant. | CR 24-173-BLG-SPW<br><br><br><br>FINAL ORDER OF FORFEITURE |

Before the Court is the United States of America's Unopposed Motion for Final Order of Forfeiture (Doc. 33). Having reviewed said motion, the Court finds:

1.  The United States commenced this action pursuant to 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and Fed. R. Crim. P. 32.2.

2.  A Preliminary Order of Forfeiture was entered on April 11, 2025. (Doc. 25.)

3.  All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 26.)

4.  It appears there is cause to issue a forfeiture order 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and Fed. R. Crim. P. 32.2(c).

Accordingly, IT IS ORDERED that:

1.  The motion for final order of forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11), free from the claims of any other party:

- $1,075.00 in U.S. Currency;

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 8th day of July, 2025.

Susan P. Watters
United States District Court Judge